UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GARDUNO,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE MCDONALD, et al.,<br><br>    Defendants. | No. 2:15-cv-02370 AC P<br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. Pursuant to this order, the court requests that the Office of the California Attorney General attempt to obtain the identities of defendants "Registered Nurse Cohen" and "Doctor Rahmon," identified as "Nurse John Doe" and "Doctor John Doe" in plaintiff's original complaint. See ECF No. 16.

    Previously, by order filed September 15, 2016, this court found that plaintiff's complaint states cognizable claims against defendants Lopez and Denton, "Nurse John Doe" and "Doctor John Doe." See ECF No. 10. The court directed plaintiff to submit the information necessary for the United States Marshal to serve process on defendants Lopez and Denton, and, when plaintiff learned the identifies of "Nurse John Doe" and "Doctor John Doe," to seek leave of court to file an amended complaint. Thereafter plaintiff submitted the information necessary to serve process on defendants Lopez and Denton. See ECF No. 13. Plaintiff also informed the court that he

believes the identities of the Doe defendants are "Registered Nurse Cohen" and "Doctor Rahmon," both working at High Desert State Prison during the relevant period. See ECF No. 14. Plaintiff filed a motion requesting assistance in identifying the full names and service addresses of these new defendants. See ECF No. 15. On October 20, 2016, this court granted plaintiff's motion and requested that the Office of the Attorney General attempt to obtain the identities and current service addresses of defendants "Registered Nurse Cohen" and "Doctor Rahmon." See ECF No. 16. However, the court's order failed to direct the Clerk of Court to serve a courtesy copy on the Office of the Attorney General.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to serve a copy of the instant order, together with a copy of the court's order filed October 20, 2016 (see ECF No. 16) on both plaintiff and Ms. Monica Anderson, Supervising Deputy Attorney General.

2. The deadlines set forth in the court's prior order are modified as follows:

    A. Within 30 days after the filing date of *this* order, a member of the Office of the Attorney General is requested to specially appear in this action by filing and serving a statement that provides the correct identities and current service information for defendants "Registered Nurse Cohen" and "Doctor Rahmon," or that sets forth the reasons why this information is unavailable.

    B. Within 30 days after the Office of the Attorney General files and serves a responsive statement, plaintiff is directed to file a proposed comprehensive First Amended Complaint setting forth all of his allegations and clearly identifying the challenged conduct of each defendant.

SO ORDERED.

DATED: January 3, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE