UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GARDUNO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIKE MCDONALD, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-02370 MCE AC P<br><br><br>ORDER re INMATE STATEMENTS |

By order filed February 19, 2019, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days to provide the parties adequate opportunity to investigate plaintiff's claims, meet and confer, and participate in a settlement conference. See ECF No. 31. Plaintiff is informed that the California Department of Corrections and Rehabilitation (CDCR) is required to apply any settlement funds to cover plaintiff's restitution obligations and, therefore, that CDCR must provide copies of plaintiff's financial inmate statement reports to the Office of the California Attorney General.

Accordingly, IT IS HEREBY ORDERED that the California Department of Corrections and Rehabilitation shall provide to the Office of the California Attorney General copies of plaintiff's inmate statement reports for use in settlement proceedings.

DATED: February 27, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE