IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN GARDUNO,** | Case No. 2:15-cv-2370 MCE AC P |
| Plaintiff, | |
| **v.** | **[~~PROPOSED~~] ORDER** |
| **MCDONALD, et al.,** | |
| Defendants. | |

Good cause appearing, the Court grants defendants' ex parte motion, ECF No. 43, to suspend the discovery and motion deadlines in this case pending settlement negotiations. Accordingly, the deadlines set forth in the Discovery and Scheduling Order filed June 18, 2019, ECF No. 39, are vacated. If necessary, new deadlines will be set following the October 31, 2019 settlement conference.

SO ORDERED.

DATED: September 3, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1